UNITED STATES of America ex rel. Samuel STEINBERG, Petitioner-Appellant, v. Homer C. CUMMINGS, as Attorney General, and Henry C. Hill, as Warden of the United States Northeastern Penitentiary, Respondent-Appellees. *

No. 6172.

Circuit Court of Appeals, Third Circuit.
Oct. 6, 1936.

Joseph Heller, of New York City, for appellant.

Frederick V. Follmer, U. S. Atty., of Scranton, Pa., and Herman F. Reich, Asst. U. S. Atty., of Sunbury, Pa., for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

This is an appeal from an order dismissing the petition of an inmate of the United States Northeastern Penitentiary at Lewisburg, Pa., for a writ of habeas corpus.

The judge of the court below in his opinion made full and complete findings of the facts and determined that upon the applicable law the petitioner was not entitled to his discharge.

A study of the record convinces us that the findings of the facts by the judge of the court below are correct. Upon the facts so found, he, in his opinion filed, reached the proper conclusions of law.

The opinion of the learned judge of the court below is accordingly adopted as the opinion of this court, and the order appealed from is affirmed.

Galen H. WELCH, Collector, etc., v. B. F. TUCKER et al., etc.

No. 8353.

Circuit Court of Appeals, Ninth Circuit.
Oct. 12, 1936.

Peirson M. Hall, U. S. Atty., E. H. Mitchell, Sp. Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for appellant.

Dempsey & Mackay, of Los Angeles, Cal., for appellees.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered; mandate forthwith.

George W. WELCHER, Appellant, v. UNITED STATES of America.

No. 10668.

Circuit Court of Appeals, Eighth Circuit.
Aug. 24, 1936.

Joe N. Wills, of North Little Rock, Ark., and John Moncrief, of Stuttgart, Ark., for appellant.

Fred A. Isgrig, U. S. Attorney, of Little Rock, Ark.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of attorney fee in favor of appellee, per stipulation of parties.

*Writ of certiorari denied 57 S. Ct. 233, 81 L. Ed. —.